**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GREG ADAMS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:11-CV-3085-M** |
| | § | |
| **CHASE BANK, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint or Alternatively Motion for More Definite Statement*, filed November 15, 2011 (doc. 6.) and *Defendant Brice, Vander Linden & Wernick, P.C.'s Motion to Dismiss*, filed February 17, 2012 (doc. 11). No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Accordingly, defendant Brice, Vander Linden & Wernick, P.C. is *sua sponte* **DISMISSED** as an improperly joined defendant, and its motion to dismiss is **DENIED as moot**. Defendant JPMorgan Chase Bank, N.A.'s motion to dismiss is **GRANTED**, and Plaintiff's fraud and breach of contract claims against it are **DISMISSED with prejudice**. Its alternative motion for a more definite statement is **DENIED as moot**.

SIGNED this 12th day of June, 2012.

_____

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS